IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
JEROME J. SIATKOWSKI         :
MAURICE BROOKS               :
                             :
v.                           :   Civil Action WMN-00-3422
                             :
BALTIMORE CITY SHERIFF'S OFFICE :
```

### ORDER

Pursuant to the foregoing memorandum, and for the reasons stated therein, IT IS this 9th day of May 2001, by the United States District Court for the District of Maryland, hereby ORDERED:

1. That Defendant's Motion to Dismiss First Amended Complaint (Paper No. 5) is hereby GRANTED;

2. That Plaintiffs' Motion for Leave to File Second Amended Complaint (Paper No. 7) is hereby DENIED;

3. That this case is hereby CLOSED;

4. That any and all prior rulings made by this Court disposing of any claims against any parties are incorporated by reference herein and this order shall be deemed to be a final judgment within the meaning of Fed. R. Civ. P. 58; and

5. That the Clerk of the Court shall mail or transmit copies of the foregoing memorandum and this order to Plaintiffs and all



counsel of record.

*William M. Nickerson*
William M. Nickerson
United States District Judge